**The People of the State of Illinois, defendant in error, v. Alex White, plaintiff in error. Gen. No. 8,043.**

Opinion filed November 15, 1929. Rehearing denied February 4, 1930.

George T. Liddell, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

**' The People of the State of Illinois, defendant in error, v. John Schmidt, alias Jack Smith, plaintiff in error. Gen. No. 7,939.**

Opinion filed November 15, 1929. Rehearing denied February 4, 1930.

George T. Liddell, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

**Susan H. Lewis, appellee, v. Farmers' State Bank of Atkinson et al. appellants. Gen. No. 7,997.**

Opinion filed November 15, 1929.

Joseph L. Shaw, Henry Waterman, Connelly, Weld, Walker, Searle & Crampton, for appellants. Harry. E. Brown and Arthur G. Higgs, for appellee.

Mr. Justice Jones delivered the opinion of the court.